**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
*Tampa Division*

IN RE:                                                                  Chapter 11

SHIV HOTELS, LLC.
d/b/a Traveller's Inn,                                       Case No.: 8:12-bk-15890-MGW

　　　　　Debtor.
_____/

**ORDER GRANTING**
**DEBTOR'S APPLICATION TO APPROVE THE**
**EMPLOYMENT OF BLUE WATER HOSPITALITY**

**THIS CASE** came on for final evidentiary hearing on December 3, 2012, upon the Debtor's

Application to Employ Management Company **[Docket #21]** and First National Bank of Northwest

Florida's Objection to Debtor's Emergency Application to Employ Management Company (**Docket**

**#49**).  The Court having heard argument of counsel, considered the Application, together with the

record and being further advised in the premises finds, for the reasons stated orally on the record,

it is appropriate to approve the Application. Accordingly, it is

　　　　**ORDERED** that:

1.　　Debtor's Application to Approve the Employment of Blue Water Hospitality, be and

　　　the same is hereby, Approved.

2.　　First National Bank of Northwest Florida's Objection to Debtor's Emergency

　　　Application to Employ Management Company, be and the same is hereby overruled.

3.　　Blue Water Hospitality shall be paid the amount of $5,000.00 per month which will

　　　be paid as follows: (1) $2,000.00 per month cash from the operations of the business,

　　　and (2)  $3,000.00 per month which shall accrue as an administrative expense.

4.　　Blue Water Hospitality is authorized to perform services for the Debtor .

　　**DONE and ORDERED** in Tampa, Florida on _____January 09, 2013_____.

_____
**Michael G. Williamson**
United States Bankruptcy Judge

Copies furnished to:

Philip A. Bates, *Attorney for First National Bank of Northwest Florida*,
philipbates@bellsouth.net; swalton_bates@bellsouth.net

Buddy D. Ford, *Attorney for Debtor*, Buddy@tampaesq.com; All@tampaesq.com

United States Trustee - TPA USTPRegion21.TP.ECF@USDOJ.GOV

Blue Water Hospitality, 4970 Kyngs Heath Road, Kissimmee, FL 34746

Shiv Hotels, LLC, 28610 US Highway 27 North, Dundee, FL 33838.