UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

SHIV Hotels, LLC,

    Debtor.

_____/

Case No. 8:12-bk-15890-MGW
Chapter 11

**ORDER GRANTING MOTION OF SECURED CREDITOR, FIRST NATIONAL BANK OF NORTHWEST FLORIDA FOR DETERMINATION THAT THE CAPTIONED CASE IS A SINGLE ASSET REAL ESTATE CASE**

This case having come before the Court on First National Bank Northwest Florida's Motion for Determination that the Captioned Case is a Single Asset Real Estate Case (Doc. No. 43) and Creditor's Supplement thereto (Doc. No. 76), and the Court having heard the argument of counsel on January 30, 2013, at 9:30 a.m. ET, and being otherwise duly advised on the premises. Accordingly it is

ORDERED that,

1. The said Motion of First National Bank of Northwest Florida is Granted.

2. The Debtor's Case is and shall be designated as a single asset real estate case. *See, In re C.B.J. Dev., Inc.,* 202 B.R. 467 (9th Cir. 1996), and *In re City Loft Hotel, LLC,* 465 B.R. 428 (Bankr. D. S.C. 2012).

**DONE** and **ORDERED** in Chambers at Tampa, Florida on February 14, 2013

*/s/ Michael G. Williamson*

Michael G. Williamson
United States Bankruptcy Judge

Copies to be provided by CM/ECF service.