UNITED STATES BANKRUPTCY COURT
<u>   Middle   </u> DISTRICT OF <u>     Florida     </u>
<u>   Tampa   </u> DIVISION

| | | |
|---|---|---|
| IN RE: Shiv Hotels, LLC | } | CASE NUMBER |
| | } | <u>  8:12-bk-15890-MGW  </u> |
| <u>                              </u> | } | |
| | } | JUDGE<u>  Michael G. Williamson  </u> |
| | } | |
| DEBTOR. | } | CHAPTER 11 |

DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD
FROM <u>  11/1/12  </u> TO <u>  11/30/12  </u>

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

<u>      /s /   Buddy D. Ford      </u>
Attorney for Debtor's Signature

Debtor's Address
and Phone Number:

<u>Shiv Hotels, LLC                   </u>

<u>28610 US Hwy 27 N.            </u>

<u>Dundee, FL 33838                </u>

<u>( 813 ) 787 - 9674                 </u>

Attorney's Address
and Phone Number:

<u>115 N. MacDill Ave.             </u>

<u>Tampa, FL 33609                 </u>

<u>Bar# 0654711                      </u>

<u>(813) 877 - 4669                  </u>

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee Office. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program Website, http://www.usdoj.gov/ust/r21/index.htm.
1)  Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2)  Initial Filing Requirements
3)  Frequently Asked Questions (FAQs)http://www.usdoj.gov/ust/.

SCHEDULE OF RECEIPTS AND DISBURSEMENTS
FOR THE PERIOD BEGINNING __Nov 1__ AND ENDING __Nov 30__

Name of Debtor: Shiv hotels llc      Case Number 8:12-bk-15890-MGW
Date of Petition: 10-19-2012

|   | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | 0 (a) | ___(b) |
| 2. RECEIPTS: | | |
| A. Cash Sales | 0 | |
| Minus: Cash Refunds | (-) | |
| Net Cash Sales | | |
| B. Accounts Receivable | | |
| C. Other Receipts (See MOR-3) | 5253.01 | |
| (If you receive rental income, you must attach a rent roll.) | | |
| 3. TOTAL RECEIPTS (Lines 2A+2B+2C) | 5253.01 | |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS (Line 1 + Line 3) | 5253.01 | |
| 5. DISBURSEMENTS | | |
| A. Advertising | | |
| B. Bank Charges | 162.65 | |
| C. Contract Labor | | |
| D. Fixed Asset Payments (not incl. in "N") | | |
| E. Insurance | 3253.01 | |
| F. Inventory Payments (See Attach. 2) | | |
| G. Leases LANDSCAPING | 615.00 | |
| H. Manufacturing Supplies | | |
| I. Office Supplies | | |
| J. Payroll - Net (See Attachment 4B) | | |
| K. Professional Fees (Accounting & Legal) | | |
| L. Rent MAINT | 212.27 | |
| M. Repairs & Maintenance | 739.65 | |
| N. Secured Creditor Payments (See Attach. 2) | | |
| O. Taxes Paid - Payroll (See Attachment 4C) | | |
| P. Taxes Paid - Sales & Use (See Attachment 4C) | | |
| Q. Taxes Paid - Other (See Attachment 4C) | | |
| R. Telephone | | |
| S. Travel & Entertainment | | |
| Y. U.S. Trustee Quarterly Fees | | |
| U. Utilities | | |
| V. Vehicle Expenses | | |
| W. Other Operating Expenses (See MOR-3) | 25.00 | |
| 6. TOTAL DISBURSEMENTS (Sum of 5A thru W) | 5007.54 | |
| 7. ENDING BALANCE (Line 4 Minus Line 6) | 245.47 (c) | ___(c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This ___ day of ___, 20___                    _____(Signature)

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b) This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.
(c) These two amounts will always be the same if form is completed correctly.

MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)

Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt. Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| NONE | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | | |

"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.). Please describe below:

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| $5253.01 | BLUE WATER | To Pay Grass/Sewer Insurance Fire Extinguisher Service | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement. Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER DISBURSEMENTS | | |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

## ATTACHMENT 1

### MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

Name of Debtor: Shiv hotels llc   Case Number: 8:12 bk-15890-MGW

Reporting Period beginning Nov 1   Period ending Nov 30

ACCOUNTS RECEIVABLE AT PETITION DATE: _____

#### ACCOUNTS RECEIVABLE RECONCILIATION

(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $ 0 | (a) |
| PLUS: Current Month New Billings | | |
| MINUS: Collection During the Month | $ 0 | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $ | * |
| End of Month Balance | $ 0 | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

_____
_____

#### POST PETITION ACCOUNTS RECEIVABLE AGING
(Show the total for each aging category for all accounts receivable)

N/A

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total | |
|---|---|---|---|---|---|
| $ | $ | $ | $ | $ | (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b) This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).
(c) These two amounts must equal.

## ATTACHMENT 2
## MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT

Name of Debtor: **SHIV HOTEL LLC**    Case Number: **8:12-bk-15890 MGW**

Reporting Period beginning **Nov 1**    Period ending **Nov 30**

In the space below list all invoices or bills incurred and not paid <u>since the filing of the petition</u>. <u>Do not</u> include amounts owed prior to filing the petition. In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

### POST-PETITION ACCOUNTS PAYABLE

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| | NONE | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL AMOUNT _____(b)

☐ Check here if pre-petition debts have been paid. Attach an explanation and copies of supporting documentation.

### ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)

Opening Balance    $ _____ (a)
PLUS: New Indebtedness Incurred This Month    $ _____
MINUS: Amount Paid on Post Petition,
     Accounts Payable This Month    $ _____
PLUS/MINUS: Adjustments    $ _____ *
Ending Month Balance    $ _____ (c)

*For any adjustments provide explanation and supporting documentation, if applicable.

### SECURED PAYMENTS REPORT

List the status of Payments to Secured Creditors and Lessors (Post Petition Only). If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| NONE | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL _____(d)

(a) This number is carried forward from last month's report. For the first report only, this number will be zero.
(b, c) The total of line (b) must equal line (c).
(d) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

ATTACHMENT 3
INVENTORY AND FIXED ASSETS REPORT

Name of Debtor: _SHIV HOTELS LLC_     Case Number: _8:12-bk-15890-MGW_

Reporting Period beginning _Nov 1_     Period ending _Nov 30_

## INVENTORY REPORT

INVENTORY BALANCE AT PETITION DATE:     $ _300._
INVENTORY RECONCILIATION:
    Inventory Balance at Beginning of Month     $ _____(a)
      PLUS: Inventory Purchased During Month     $ _____
      MINUS: Inventory Used or Sold     $ _____
      PLUS/MINUS: Adjustments or Write-downs     $ _____*
    Inventory on Hand at End of Month     $ _300._

METHOD OF COSTING INVENTORY: _____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

### INVENTORY AGING

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| ____% | ____% | ____% | ____% = | 100%* |

* Aging Percentages must equal 100%.
☐ Check here if inventory contains perishable items.

**Description of Obsolete Inventory:** _____

### FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE: _30,000_ (b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only): _Hotel Furnishings & Equipment_

FIXED ASSETS RECONCILIATION:
Fixed Asset Book Value at Beginning of Month     $ _____(a)(b)
    MINUS: Depreciation Expense     $ _____
    PLUS: New Purchases     $ _____
    PLUS/MINUS: Adjustments or Write-downs     $ _____*
Ending Monthly Balance     $ _____

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING PERIOD: _____

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b) Fair Market Value is the amount at which fixed assets could be sold under current economic conditions. Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

<u>ATTACHMENT 4A</u>

<u>MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT</u>

Name of Debtor: _Shiv Hotels LLC_    Case Number: _8:12-bk-15890-MGW_

Reporting Period beginning _____    Period ending _____

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: _Wachovia_    BRANCH: _____

ACCOUNT NAME: _Operating Acct_    ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: _____OPERATING_____

Ending Balance per Bank Statement................ $ _____
Plus Total Amount of Outstanding Deposits    $ _____
Minus Total Amount of Outstanding Checks and other debits  $ _____ *
Minus Service Charges    $ _____
Ending Balance per Check Register    $ _____ **(a)

*Debit cards are used by_____

**If Closing Balance is negative, provide explanation:_____

The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D: (☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
|      |        | NONE  |         |                              |
|      |        |       |         |                              |
|      |        |       |         |                              |
|      |        |       |         |                              |
|      |        |       |         |                              |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS
"Total Amount of Outstanding Checks and other debits", listed above, includes:

$ _____ Transferred to Payroll Account
$ _____ Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 5A

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor: Shiv Hotels LLC   Case Number: 8:12-bk-15890-MGW

Reporting Period beginning: Nov 1   Period ending: Nov 30

NAME OF BANK: Wachovia   BRANCH: _____

ACCOUNT NAME: _____

ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| 11-5 | | Grass Plus | Mowing | 615.00 |
| 11-2 | | Haines City Fire | Fire Extinguishers | 239.65 |
|      | | Haines City Fire | | 212.23 |
|      | | Jack Rice Ins. | Insurance Down Payment | 3253.01 |

TOTAL  $ 4819.89

## ATTACHMENT 4B

## MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT

Name of Debtor: _Shiv Hotels, LLC_   Case Number: _8:12-bk-15890-MGW_

Reporting Period beginning _____   Period ending _____

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.

NAME OF BANK: _Wachovia_   BRANCH: _____

ACCOUNT NAME: _Payroll Acct._   ACCOUNT NUMBER: _____
PURPOSE OF ACCOUNT: ____PAYROLL____

| | |
|---|---|
| Ending Balance per Bank Statement | $ 0 |
| Plus Total Amount of Outstanding Deposits | $ |
| Minus Total Amount of Outstanding Checks and other debits | $                    * |
| Minus Service Charges | $ |
| Ending Balance per Check Register | $ 0           **(a) |

*Debit cards must not be issued on this account.

**If Closing Balance is negative, provide explanation: _____

The following disbursements were paid by Cash: ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
|      |        |       |         |                              |
|      |        |       |         |                              |
|      |        |       |         |                              |
|      |        |       |         |                              |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|------|--------|-------|---------|-------------------------------------------|
|      |        |       |         |                                           |
|      |        |       |         |                                           |
|      |        |       |         |                                           |
|      |        |       |         |                                           |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

ATTACHMENT 5B
## CHECK REGISTER - PAYROLL ACCOUNT

Name of Debtor: Shiv Morels, LLC    Case Number: 8:12-bk-15890-MGW

Reporting Period beginning _____    Period ending _____

NAME OF BANK: Wachovia    BRANCH: _____

ACCOUNT NAME: Payroll Acct

ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: PAYROLL

Account for all disbursements, including voids, lost payments, stop payment, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|      |              | 0     |         |        |

TOTAL    $ 0

## ATTACHMENT 4C

### MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT

Name of Debtor: _SHV Hotels, LLC_                Case Number: _8:12-bk-15890-MGW_

Reporting Period beginning _____       Period ending _____

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found on the United States Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK: _Wachovia_                BRANCH: _____

ACCOUNT NAME: _Tax Acct._                ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: ____TAX____

    Ending Balance per Bank Statement                                   $ _0_
       Plus Total Amount of Outstanding Deposits                  $ _____
       Minus Total Amount of Outstanding Checks and other debits $ _____ *
       Minus Service Charges                                       $ _____
    Ending Balance per Check Register                                    $ _0_ **(a)

*Debit cards must not be issued on this account.

**If Closing Balance is negative, provide explanation: _____

The following disbursements were paid by Cash: ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
|      |        |       |         |                              |
|      |        |       |         |                              |
|      |        |       |         |                              |
|      |        |       |         |                              |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|------|--------|-------|---------|-------------------------------------------|
|      |        |       |         |                                           |
|      |        |       |         |                                           |
|      |        |       |         |                                           |
|      |        |       |         |                                           |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 6

## MONTHLY TAX REPORT

Name of Debtor: _Surf Hotels, LLC_    Case Number: _8:12-bk-15890-MGW_

Reporting Period beginning _____    Period ending _____

### TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| | | N/A | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

TOTAL                      $ _____

## ATTACHMENT 7

### SUMMARY OF OFFICER OR OWNER COMPENSATION

### SUMMARY OF PERSONNEL AND INSURANCE COVERAGES

Name of Debtor: _____        Case Number: _____

Reporting Period beginning _____      Period ending _____

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month. Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc. Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

### PERSONNEL REPORT

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | | |
| Number hired during the period | | |
| Number terminated or resigned during period | | |
| Number of employees on payroll at end of period | | |

### CONFIRMATION OF INSURANCE

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life. For the first report, attach a copy of the declaration sheet for each type of insurance. For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| Jackie Ree Insurance | 727-530-0684 | VBA 20979 | Liability/Prop | 10-31-13 | Dec 1 |
| | | | See Attached | | |

The following lapse in insurance coverage occurred this month:

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| | | | |
| | | | |

☐ Check here if U.S. Trustee has been listed as Certificate Holder for all insurance policies.

MOR-15



FLORIDA COMMON POLICY DECLARATIONS

THIS POLICY IS ISSUED BY THE COMPANY NAMED BELOW

**COMPANY NAME:** Covington Specialty Insurance Company (A New Hampshire Stock Company)
**BRANCH ADDRESS:** 945 East Paces Ferry Road, Suite 1800, Atlanta, GA 30326-1160

**POLICY NO.:** VBA203479 00          **RENEWAL OF:** NEW

**NAMED INSURED:**
SHIV HOTELS, LLC

**MAILING ADDRESS:**
28610 US HIGHWAY 27
DUNDEE, FL 33838

**POLICY PERIOD:**   From  10/31/2012   to  10/31/2013    12:01 A.M. Standard Time at your Mailing Address above.

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

☒ **THIS INSURANCE IS ISSUED PURSUANT TO THE FLORIDA SURPLUS LINES LAW. PERSONS INSURED BY SURPLUS LINES CARRIERS DO NOT HAVE THE PROTECTION OF THE FLORIDA INSURANCE GUARANTY ACT TO THE EXTENT OF ANY RIGHT OF RECOVERY FOR THE OBLIGATION OF AN INSOLVENT UNLICENSED INSURER.**

☒ **SURPLUS LINES INSURERS' POLICY RATES AND FORMS ARE NOT APPROVED BY ANY FLORIDA REGULATORY AGENCY.**

☐ **THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE OR WIND LOSSES, WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.**

☐ **THIS POLICY CONTAINS A CO-PAY PROVISION THAT MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.**

## ATTACHMENT 8

### SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc. Attach any relevant documents.

Started Cleaning Guest Rooms + Property in General.

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before _____.

# Gold Business Services Package

Account number: 8558870211 ■ November 1, 2012 - November 30, 2012 ■ Page 1 of 4



DCDL11DTH5  031347

SHIV HOTELS LLC
DBA TRAVELERS INN
DEBTOR IN POSSESSION
CH 11 CASE 12-15890MFL
28610 HWY 27
DUNDEE FL 33838-4283

### Questions?

Available by phone 24 hours a day, 7 days a week:
**1-800-CALL-WELLS** (1-800-225-5935)

TTY: 1-800-877-4833
En español: 1-877-337-7454

Online: wellsfargo.com/biz

Write: Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

It's a great time to talk with a banker about how Wells Fargo's business accounts and services can help you stay competitive by saving you time and money. To find out how we can help, stop by any Wells Fargo location or call us at the number at the top of your statement.

## Account options

A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.

| Service | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ☐ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ✓ |

Account number: 8558870211

SHIV HOTELS LLC
DBA TRAVELERS INN
DEBTOR IN POSSESSION
CH 11 CASE 12-15890MFL

Florida account terms and conditions apply

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 063107513

For Wire Transfers use
Routing Number (RTN): 121000248

## Activity summary

| | |
|---|---:|
| Beginning balance on 11/1 | $0.00 |
| Deposits/Credits | 9,756.02 |
| Withdrawals/Debits | - 9,655.55 |
| **Ending balance on 11/30** | **$100.47** |
| Average ledger balance this period | $313.91 |

## Overdraft Protection

Your account is linked to the following for Overdraft Protection:
■ Savings - 000002248855856

Account number: **8558870211** ■ November 1, 2012 - November 30, 2012 ■ Page 3 of 4



Thank you for opening your Wells Fargo Business Services Package account. We hope that this product offers you additional convenience to manage your finances more easily, greater value that will save you money and time, and the flexibility to choose the products and services you need, when you need them.

In order to ensure you are satisfied with your account, Wells Fargo will be waiving the Monthly Service Fee for the first 90 days to allow you to meet your package requirements. To learn how you can continue to waive the Monthly Service Fee following the 90 day grace period, consult your Fee and Information Schedule, contact your banker or call the National Business Banking Center at the number located on the top of your statement.

DCDL11DTH5 031347 NNNNNNNNNN NNN NNN 002 002 287 125789 10432657.1.1