UNITED STATES BANKRUPTCY COURT
____Middle____ DISTRICT OF ____Florida_____
___Tampa___ DIVISION

IN RE: Shiv Hotels, LLC       }     CASE NUMBER
                      }     ____8:12-bk-15890-MGW_____
                      }
_____  }
                      }     JUDGE__Michael G. Williamson_____
                      }
DEBTOR.               }     CHAPTER 11

DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD
FROM ___1/1/13___ TO ___1/31/13_____

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

                                ___/s /__Buddy D. Ford_____
                                Attorney for Debtor's Signature

Debtor's Address                             Attorney's Address
and Phone Number:                         and Phone Number:

Shiv Hotels, LLC_____     115 N. MacDill Ave._____

28610 US Hwy 27 N._____     Tampa, FL 33609_____

Dundee, FL 33838_____     Bar# 0654711_____

( 813 ) 787 - 9674_____     (813) 877 - 4669_____

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee Office. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program Website, http://www.usdoj.gov/ust/r21/index.htm.
1)     Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2)     Initial Filing Requirements
3)     Frequently Asked Questions (FAQs)http://www.usdoj.gov/ust/.

MOR-1

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
FOR THE PERIOD BEGINNING _JAN 1   2013_ AND ENDING _JAN 31 2013_

Name of Debtor: Shiv hotels llc          Case Number 8:12-bk-15890-MGW

Date of Petition: 10-19-2012

|  | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | 100.47 (a) | (b) |
| 2. RECEIPTS: | | |
| A. Cash Sales | | |
| Minus: Cash Refunds | (-) | |
| Net Cash Sales | | |
| B. Accounts Receivable | | |
| C. Other Receipts *(See MOR-3)* | 2350.00 | |
| (If you receive rental income, you must attach a rent roll.) | | |
| 3. TOTAL RECEIPTS *(Lines 2A+2B+2C)* | 2350.00 | |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS *(Line 1 + Line 3)* | 2450.47 | |
| 5. DISBURSEMENTS | | |
| A. Advertising | | |
| B. Bank Charges | 134.00 | |
| C. Contract Labor | | |
| D. Fixed Asset Payments (not incl. in "N") | | |
| E. Insurance | 1065.00 | |
| F. Inventory Payments *(See Attach. 2)* | | |
| G. Leases | | |
| H. Manufacturing Supplies | | |
| I. Office Supplies | | |
| J. Payroll - Net *(See Attachment 4B)* | | |
| K. Professional Fees (Accounting & Legal) | | |
| L. Rent | | |
| M. Repairs & Maintenance | 20.01 | |
| N. Secured Creditor Payments *(See Attach. 2)* | | |
| O. Taxes Paid - Payroll *(See Attachment 4C)* | | |
| P. Taxes Paid - Sales & Use *(See Attachment 4C)* | | |
| Q. Taxes Paid - Other *(See Attachment 4C)* | | |
| R. Telephone | | |
| S. Travel & Entertainment | | |
| Y. U.S. Trustee Quarterly Fees | | |
| U. Utilities | 985.50 | |
| V. Vehicle Expenses | | |
| W. Other Operating Expenses *(See MOR-3)* | 12.95 | |
| 6. TOTAL DISBURSEMENTS *(Sum of 5A thru W)* | 2217.46 | |
| 7. ENDING BALANCE *(Line 4 Minus Line 6)* | 233.01 (c) | (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This _20_ day of _Feb_, 20 _13_               _____
                                              (Signature)

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b)This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.

(c)These two amounts will always be the same if form is completed correctly.

## MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)

### Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**
Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| BILLBOARD RENTAL | 200.00 | 200. |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | | |

"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| 2150 | BLUE WATER HOSPITALITY | PAY INSURANCE | |
| | | | |

### OTHER DISBURSEMENTS:

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER DISBURSEMENTS | | |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

MOR-3

## ATTACHMENT 1

## MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

Name of Debtor: Shiv hotels llc          Case Number: 8:12 bk-15890 - MGW

Reporting Period beginning _Jan /5 2013_          Period ending _Jan 31, 2013_

ACCOUNTS RECEIVABLE AT PETITION DATE: _____

### ACCOUNTS RECEIVABLE RECONCILIATION
(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $ O | (a) |
| PLUS: Current Month New Billings | O | (b) |
| MINUS: Collection During the Month | $ O | |
| PLUS/MINUS: Adjustments or Writeoffs | $ | * |
| End of Month Balance | $ O | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

_____

### POST PETITION ACCOUNTS RECEIVABLE AGING
(Show the total for each aging category for all accounts receivable)

N/A

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90Days | Total | |
|---|---|---|---|---|---|
| $ | $ | $ | $ | $ | (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| | | |
| | | |
| | | |

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b)This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).

(c)These two amounts must equal.

MOR-4

## ATTACHMENT 2
## MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT

Name of Debtor: _SHU  HOTEL  LLC_    Case Number: _8112-bk-15890 MGW_

Reporting Period beginning _JAN 1ˢᵗ 2013_    Period ending _JAN 31, 2013_

In the space below list all invoices or bills incurred and not paid since the filing of the petition. Do not include amounts owed prior to filing the petition. In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

### POST-PETITION ACCOUNTS PAYABLE

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL AMOUNT _____(b)

☐ Check here if pre-petition debts have been paid. Attach an explanation and copies of supporting documentation.

### ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)

| | | |
|---|---|---|
| Opening Balance | $ | (a) |
| PLUS: New Indebtedness Incurred This Month | $ | |
| MINUS: Amount Paid on Post Petition, | | |
| Accounts Payable This Month | $ | |
| PLUS/MINUS: Adjustments | $ | * |
| Ending Month Balance | $ | (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

### SECURED PAYMENTS REPORT

List the status of Payments to Secured Creditors and Lessors (Post Petition Only). If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor  NONE | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL _____(d)

(a)This number is carried forward from last month's report. For the first report only, this number will be zero.
(b, c)The total of line (b) must equal line (c).
(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

MOR-5

## ATTACHMENT 3o
## INVENTORY AND FIXED ASSETS REPORT

Name of Debtor: _S4/v  Hotels LLC_    Case Number: _8:12-bk-15890-MGW_

Reporting Period beginning _____    Period ending _____

### INVENTORY REPORT

INVENTORY BALANCE AT PETITION DATE:     $ _300,00._

INVENTORY RECONCILIATION:
  Inventory Balance at Beginning of Month      $ _____ (a)
  PLUS: Inventory Purchased During Month       $ _____
  MINUS: Inventory Used or Sold                $ _____
  PLUS/MINUS: Adjustments or Write-downs        $ _____
  Inventory on Hand at End of Month            $ _300._

METHOD OF COSTING INVENTORY: _____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

### INVENTORY AGING

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| ___% | ___% | ___% | ___% = | 100%* |

* Aging Percentages must equal 100%.
☐ Check here if inventory contains perishable items.

Description of Obsolete Inventory: _____

### FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE: _30,000._ (b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only): _Hotel Furnishings & Equipment_

FIXED ASSETS RECONCILIATION:
  Fixed Asset Book Value at Beginning of Month     $ _____ (a)(b)
  MINUS: Depreciation Expense                      $ _____
  PLUS: New Purchases                              $ _____
  PLUS/MINUS: Adjustments or Write-downs            $ _____
  Ending Monthly Balance                           $ _____

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING PERIOD: _____

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions. Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

MOR-6

### ATTACHMENT 4A

## MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor: _SHIV HOTELS LLC_    Case Number: _8:12-bk-15890- MGW_

Reporting Period beginning _Jan 1ᵗ 2013_    Period ending _Jan 31, 2013_

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: _WELLS FARGO_    BRANCH: _Tampa_

ACCOUNT NAME: _Operating Acct_    ACCOUNT NUMBER: _8588870211_

PURPOSE OF ACCOUNT: _____OPERATING____

| | |
|---|---|
| Ending Balance per Bank Statement | $ _233.01_ |
| Plus Total Amount of Outstanding Deposits | $ _0.00_ |
| Minus Total Amount of Outstanding Checks and other debits | $ _0.00_ * |
| Minus Service Charges | $ _0.00_ |
| Ending Balance per Check Register | $ _233.01_ **(a) |

*Debit cards are used by _Syco Kaza_

**If Closing Balance is negative, provide explanation:_____

The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D: (☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS

"Total Amount of Outstanding Checks and other debits", listed above, includes:

$_____ Transferred to Payroll Account
$_____ Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 5A

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor: _Shiv Hotels LLC_    Case Number: _8:12-bk-15890-MGW_

Reporting Period beginning _Jan 1, 2013_    Period ending _Jan 31, 2013_

NAME OF BANK: _Wells Fargo_    BRANCH: _Tampa_

ACCOUNT NAME: _Operating_

ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: _____OPERATING_

Account for all disbursements, including voids, lost checks, stop payments, etc. In the
alternative, a computer generated check register can be attached to this report, provided all the
information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|      |              | _See Attached_ |  |  |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |

TOTAL                                                          $_____

MOR-8

# Gold Business Services Package

Account number: **8558870211** ■ January 1, 2013 - January 31, 2013 ■ Page 1 of 4



DCDL11DTNU  032208

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
SHIV HOTELS LLC
DBA TRAVELERS INN
DEBTOR IN POSSESSION
CH 11 CASE 12-15890MFL
28610 HWY 27
DUNDEE FL 33838-4283

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Getting ready for tax season can be a hassle! Creating a checklist, and preparing in advance will set you up for a successful meeting with your tax preparer. Remember to bring your deposit routing and account number when preparing your taxes and you may be able to take advantage of using direct deposit for your tax refund into one of your Wells Fargo checking or savings accounts.

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☐ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 1/1 | $100.47 |
| Deposits/Credits | 2,350.00 |
| Withdrawals/Debits | - 2,217.46 |
| **Ending balance on 1/31** | **$233.01** |
| | |
| Average ledger balance this period | $433.18 |

Account number: **8558870211**

**SHIV HOTELS LLC**
**DBA TRAVELERS INN**
**DEBTOR IN POSSESSION**
**CH 11 CASE 12-15890MFL**

*Florida account terms and conditions apply*

For Direct Deposit and Automatic Payments use..
Routing Number (RTN): 063107513

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Acc··t·number: **8558870211** ■ January 1, 2013 - January 31, 2013 ■ Page 2 of 4



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 1/16 | | Deposit | 900.00 | | 1,000.47 |
| 1/17 | | Progressenergyfl Electric 130116 1452398 Shiv Hotels *LLC | | 985.50 | |
| 1/17 | | Siebel Conv Fee 130116 1461572 Shiv Hotels *LLC | | 12.95 | 2.02 |
| 1/18 | | Dr-Right of Setoff to Acct 8558-870229 | | 2.02 | 0.00 |
| 1/23 | | Deposit Made In A Branch/Store | 1,250.00 | | 1,250.00 |
| 1/25 | | Dr-Right of Setoff to Acct 8558-870229 | | 87.98 | |
| 1/25 | | Deposit Made In A Branch/Store | 200.00 | | 1,362.02 |
| 1/31 | | Wire Trans Svc Charge · Sequence: 130131165658 Srf# 0066612031370740 Trn#130131165658 Rfb# | | 30.00 | |
| 1/31 | | POS Purchase - 01/31 Mach iD 000000 Rfs 224 Tampa FL 9851 00583031791866901 ?McC=5542 | | 20.01 | |
| 1/31 | | WT Fed#07636 Lake Forest Bank A /Ftr/Bnf=First Insurance Funding Corp Srf# 0066612031370740 Trn#130131165658 Rfb# | | 1,065.00 | |
| 1/31 | | Monthly Service Fee | | 14.00 | 233.01 |
| Ending balance on 1/31 | | | | | 233.01 |
| Totals | | | $2,350.00 | $2,217.46 | |

1.1e *Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|----------------------------|------------|----------------|--------------|-------------------------------------|--------------------------|
| Paid and Deposited Items | 5 | 200 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |



Account number: **8558870211** ■ January 1, 2013 - January 31, 2013 ■ Page 4 of 4

**WELLS FARGO**

## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

A. The ending balance
   shown on your statement ....................... $ _____

**ADD**

B. Any deposits listed in your           $ _____
   register or transfers into            $ _____
   your account which are not            $ _____
   shown on your statement.            + $ _____

   ................................... **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

   ................................... **TOTAL** $ _____

**SUBTRACT**

C. The total outstanding checks and
   withdrawals from the chart above ........... • $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register ........................... $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

Total amount $ _____

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801



## ATTACHMENT 4B

# MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT

Name of Debtor: _Shiv Hotels, LLC_   Case Number: _8:12-bk 15890-MGW_

Reporting Period beginning _Jan 1, 2013_   Period ending _Jan 31, 2013_

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.

NAME OF BANK: _Wells-Fargo_   BRANCH: _____

ACCOUNT NAME: _Payroll Acct._   ACCOUNT NUMBER: _____
PURPOSE OF ACCOUNT: _PAYROLL_

Ending Balance per Bank Statement   $ _____
Plus Total Amount of Outstanding Deposits   $ _____
Minus Total Amount of Outstanding Checks and other debits   $ _____*
Minus Service Charges   $ _____
Ending Balance per Check Register   $ _____ **(a)

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:** _____

The following disbursements were paid by Cash:  (□ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

MOR-9

## ATTACHMENT 5B
## CHECK REGISTER - PAYROLL ACCOUNT

Name of Debtor: _Shiv Hotels, LLC_   Case Number: _8:12-bk-15890-MGW_

Reporting Period beginning _____   Period ending _____

NAME OF BANK: _Wachovia_   BRANCH: _____

ACCOUNT NAME: _Payroll Acct_

ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: _____PAYROLL_____

Account for all disbursements, including voids, lost payments, stop payment, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|-------------|-------|---------|--------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL   $_____

## ATTACHMENT 4C

### MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT

Name of Debtor: _SHIV HOTELS, LLC_     Case Number: _8:12-bk-15890-MGW_

Reporting Period beginning _____     Period ending _____

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found on the United States Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK: _WACHOVIA_     BRANCH: _____

ACCOUNT NAME: _TAX Acer_     ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: _____TAX_____

| | |
|---|---|
| Ending Balance per Bank Statement | $_____ |
| Plus Total Amount of Outstanding Deposits | $_____ |
| Minus Total Amount of Oustanding Checks and other debits | $_____ * |
| Minus Service Charges | $_____ |
| Ending Balance per Check Register | $_____ **(a) |

*Debit cards must not be issued on this account.

**If Closing Balance is negative, provide explanation:_____

The following disbursements were paid by Cash: ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

MOR-11

## ATTACHMENT 5C

# CHECK REGISTER - TAX ACCOUNT

Name of Debtor: _____     Case Number: _____

Reporting Period beginning _____     Period ending _____

NAME OF BANK: _____     BRANCH: _____

ACCOUNT NAME: _____     ACCOUNT # _____

PURPOSE OF ACCOUNT: _____ TAX _____

Account for all disbursements, including voids, lost checks, stop payments, etc. In the
alternative, a computer-generated check register can be attached to this report, provided all the
information requested below is included.
http://www.usdoj.gov/ust.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL _____(d)

SUMMARY OF TAXES PAID

Payroll Taxes Paid _____(a)
Sales & Use Taxes Paid _____(b)
Other Taxes Paid _____(c)
TOTAL _____(d)

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements
(Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements
(Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements
(Page MOR-2, Line 5Q).
(d) These two lines must be equal.

## ATTACHMENT 4D

# INVESTMENT ACCOUNTS AND PETTY CASH REPORT

## INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately. Attach copies of account statements.

| Type of Negotiable Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL _____(a)

## PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash in Drawer/Acct. | (Column 3) Amount of Petty Cash On Hand At End of Month | (Column 4) Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

TOTAL                               $ _____(b)

For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts. If there are no receipts, provide an explanation_____
_____
_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)   $ _____(c)**

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

MOR-13

## ATTACHMENT 6

## MONTHLY TAX REPORT

Name of Debtor: _Suiv Hotels_      Case Number: _8:12-bk-15890-MGW_

Reporting Period beginning _Jan 1ᵗ 2013_    Period ending _Jan 31, 2013_

## TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| | | NONE | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

TOTAL                    $_____

## ATTACHMENT 7

## SUMMARY OF OFFICER OR OWNER COMPENSATION

### SUMMARY OF PERSONNEL AND INSURANCE COVERAGES

Name of Debtor: _SoHo Homes, LLC_   Case Number: _8112-bk-15896-MGW_

Reporting Period beginning _Jan / 2013_   Period ending _Jan 31, 2013_

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month. Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc. Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### PERSONNEL REPORT

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | | |
| Number hired during the period | | |
| Number terminated or resigned during period | | |
| Number of employees on payroll at end of period | | |

### CONFIRMATION OF INSURANCE

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life. For the first report, attach a copy of the declaration sheet for each type of insurance. For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

_See Attached_

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

The following lapse in insurance coverage occurred this month:

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| | | | |
| | | | |

☐ **Check here** if U. S. Trustee has been listed as Certificate Holder for all insurance policies.

MOR-15

| | |
|---|---|
| POLICY NUMBER MUST APPEAR ON ALL CORRESPONDENCE | |
| **Policy Number** | |
| (1) 99781045-00 | |

# Chubb Custom Insurance Company

15 Mountain View Road, Warren, NJ 07059

Please forward correspondence and claims to our Administrative Office: WKFC Underwriting Managers
One Huntington Quadrangle
Suite 4N20
Melville, NY 11747

## COMMERCIAL PROPERTY POLICY
### COMMON POLICY DECLARATIONS

| POLICY PERIOD | | At 12:01 A.M. Standard Time at your Mailing Address Shown Below. | RENEWAL OF NUMBER | Account Number |
|---|---|---|---|---|
| Effective Date 10/31/2012 | Expiration Date 10/31/2013 | | | |

### NAMED INSURED AND ADDRESS

Shiv Hotels, LLC
28610 US Highway 27
Dundee, FL 33838

### PRODUCER NAME AND ADDRESS

All Risks Ltd.-Oismar (Tampa)
640 Brooker Creek Blvd
Oldsmar, FL 34677
Phone: 813-371-1030

### BUSINESS DESCRIPTIONS: HOTELS AND MOTELS

In return for the payment of the premium and subject to all the terms of this policy, the company indicated above agrees to provide the insurance stated in this policy.

### PREMIUM SUMMARY:

This policy consists of the following coverage parts for which a premium is indicated. This premium may be subject to adjustment.

| | |
|---|---|
| Commercial Property Coverage Non-Terrorism Part | $8,075.00 |
| Commercial Property Coverage Terrorism Part | Not Taken |
| Commercial Inland Marine Coverage Non-Terrorism Part | $0.00 |
| Commercial Inland Marine Coverage Terrorism Part | $0.00 |
| Commercial Crime Coverage Part | $0.00 |
| Commerical Auto Coverage Part | $0.00 |
| Commercial Equipment Breakdown Coverage Part | $0.00 |
| Inspection Fee | $200.00 |

**THIS INSURANCE IS ISSUED PURSUANT TO THE FLORIDA SURPLUS LINES LAW. PERSONS INSURED BY SURPLUS LINES CARRIERS DO NOT HAVE THE PROTECTION OF THE FLORIDA INSURANCE GUARANTY ACT TO THE EXTENT OF ANY RIGHT OF RECOVERY FOR THE OBLIGATION OF AN INSOLVENT UNLICENSED INSURER.**

| | |
|---|---|
| Minimum Earned % | 25.00% |
| TOTAL | $8,275.00 |

Authorized Signature

**FORM(S) AND ENDORSEMENT(S) MADE A PART OF THIS POLICY AT TIME OF ISSUE***

*Omits applicable forms and endorsements if shown in specific Coverage Part/Coverage Form Declarations.

## SURPLUS LINES INSURERS' POLICY RATES AND FORMS ARE NOT APPROVED BY ANY FLORIDA REGULATORY AGENCY.

## ATTACHMENT 8

# SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc. Attach any relevant documents.

CONTINUE TO CLEAN HOTEL, PCREFRHCO
MAINTENANCE WORK, PAINTED LOBBY, GOTTING
HOLD READY TO OPON.

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before _____.

MOR-16