United States Bankruptcy Court
Middle District of Florida

In re:
SHIV Hotels, LLC
    Debtor

Case No. 12-15890-MGW
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 113A-8     User: dvalencia     Page 1 of 3     Date Rcvd: Mar 13, 2013
Form ID: pdfdocLR     Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2013.

```
db             SHIV Hotels, LLC,    28610 US Highway 27 North,   Dundee, FL  33838
cr            +Am Cert, LLC,   c/o Michael A Kaufman, PA,   1655 Palm Beach Lakes Blvd.,,   Suite 1012,
                West Palm Beach, FL 33401-2211
wit           +Choice Hotels Service Corp., Inc.,   Ausley & McMullen, P.A.,   Attn: Douglas L. Kilby,
                Post Office Box 391,   Tallahassee, FL 32302-0391
wit           +Chris Martinez,   Ausley & McMullen,   Attn: Douglas L. Kilby,   Post Office Box 391,
                Tallahassee, FL 32302-0391
22678012      +ABC Amega Inc,    110 Main Street,   Buffalo NY 14202
22800904      +AM Cert, LLC and TLGFY, LLC,   Michael A. Kaufman, PA,   1655 Palm Beach Lakes Blvd., Suite 1012,
                West Palm Beach, FL 33401-2211
22641776       Central Florida,   PO Box 3395,   West Palm Beach, FL 33402-3395
22641777      +Choice Hotels,   10750 Columbia Pike 5th FL,   Silver Spring, MD 20901-4494
22676104      #+Christina Lahr Vitrano,   P.O. Box 3327,   Lake Wales Fl 33859-3327
22641782     ++DIRECTV LLC,   ATTN BANKRUPTCIES,   PO BOX 6550,   GREENWOOD VILLAGE CO 80155-6550
               (address filed with court: Directv,   PO Box 78626,   Phoenix, AZ 85062-8626)
22678010      +Digitron Systems Inc,   12524 Lake Ridge Circle,   Clemont Fl 34711-8584
22641784      +First National Bank,   101 East 23rd Street,   Panama City, FL 32405-4501
22641785       Florida Dept of Revenue,   1379 Blountstown Hwy,   Tallahassee, FL 32304-2716
22676101      #+Joseph Nathan Vitrano,   P.O. Box 3327,   Lake Wales Fl 33859-3327
22678009      +Miles Media Group LLC,   6751 Professional Parkway W,   Sarasota Fl 34240-8450
22678008       PBOA Inc/Everest Nat'l,   77 Hartland St Ste 401,   P.O. Box 280431,   East harford CT 06128-0431
22641801       Safemark Systems, LP,   2101 Park SystemsLP,   Ste 125,   Orlando, FL 32835
22678007      +Spies Pool LLC,   C/O LO of Joel Cardis LLC,   2006 Swede Rd Ste 100,   Norristown PA 19401-1787
22641805      +Town of Dundee,   202 Main Street,   PO Box 1000,   Dundee, FL 33838-1000
22678002       Travel Media Guide,   C/O Vengroff Williams and Assoc,   P.O. Box 4155,   Sarasota Fl 34230-4155
22678006       Verizon,   P.O. Box 920041,   Dallas TX 75392-0041
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
op            +E-mail/Text: sgraza@gmail.com Mar 14 2013 03:22:07      Blue Water Hospitality,
                4970 Kyngs Heath Road,   Kissimmee, FL 34746-5513
cr            +E-mail/Text: bankruptcynoticing@polktaxes.com Mar 14 2013 02:27:35      Joe G Tedder,
                Polk County Tax Collector,   Delinquency and Enforcement,   Post Office Box 2016,
                Bartow, FL 33831-2016
22666395       E-mail/Text: philipbates@bellsouth.net Mar 14 2013 02:56:18
                First National Bank of Northwest Florida,   c/o Philip A. Bates,   Philip A. Bates, P.A.,
                PO Box 1390,   Pensacola FL 32591-1390
22641791       E-mail/Text: cio.bncmail@irs.gov Mar 14 2013 01:51:22      Internal Revenue Service,
                Centralized Insolvency Oper,   PO Box 7346,   Philadelphia, PA 19101-7346
22641793      +E-mail/Text: bankruptcynoticing@polktaxes.com Mar 14 2013 02:27:35      Joe G. Tedder, CFC,
                Polk County Tax Collector,   PO Box 2016,   Bartow, FL 33831-2016
22641799      +E-mail/Text: bankruptcynoticing@polktaxes.com Mar 14 2013 02:27:35      Polk County Tax collector,
                PO Box 2016,   430 E Main Street,   Bartow, FL 33830-4717
22641802      +E-mail/Text: pdeling@sba.gov Mar 14 2013 02:30:12      SBA,   Little Rock Servicing Center,
                2120 Riverfront Dr. Ste 100,   Little Rock, AR 72202-1794
                                                                                              TOTAL: 7
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              First National Bank of Northwest Florida
cr              TLGFY, LLC
                                                                                   TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 113A-8          User: dvalencia              Page 2 of 3              Date Rcvd: Mar 13, 2013
                              Form ID: pdfdocLR            Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 15, 2013**          **Signature:** _/s/ Joseph Speetjens_

```
District/off: 113A-8          User: dvalencia              Page 3 of 3                  Date Rcvd: Mar 13, 2013
                              Form ID: pdfdocLR            Total Noticed: 28
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2013 at the address(es) listed below:
         Buddy D. Ford    on behalf of Debtor   SHIV Hotels, LLC Buddy@tampaesq.com,
          Nancy@tampaesq.com;Jonathan@tampaesq.com;Eric@tampaesq.com;Peggy@tampaesq.com;Kevin@tampaesq.com;
          Staci@tampaesq.com
         Michael A. Kaufman    on behalf of Creditor   Am Cert, LLC michael@mkaufmanpa.com,
          kaufmanesq@gmail.com,diamondmk@aol.com,gstolzberg@mkaufmanpa.com,samkraut@mkaufmanpa.com
         Nicole  Peair    on behalf of U.S. Trustee   United States Trustee - TPA Nicole.W.Peair@USdoj.gov
         Philip A Bates    on behalf of Creditor   First National Bank of Northwest Florida
          pbates@philipbates.net,   swalton@philipbates.net;wwest@philipbates.net
         United States Trustee - TPA    USTPRegion21.TP.ECF@USDOJ.GOV
                                                                                 TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
*Tampa Division*

In re:                                                                                                    Chapter 11

SHIV HOTELS, LLC.                                                              Case No.: 8:12-bk-15890-MGW

Debtor.
_____/

## ORDER CONTINUING CONFIRMATION HEARING

**THIS CASE** came on for consideration upon the Debtor's *Motion to Continue Confirmation Hearing scheduled for March 20, 2013* (**Docket #95**). The Court having considered the *Motion,* together with the record, and being further advised in the premises finds it appropriate to Grant the *Motion.* Accordingly it is

**ORDERED:**

1. That the Debtor's *Motion*, be and the same, is hereby GRANTED.

2. That the Hearing to consider confirmation of Debtor's *Plan of Reorganization*, and any objections thereto, be and the same, is hereby continued to __May 22__, **2013, at 10:00 a.m.** before the Honorable Michael G. Williamson, United States Bankruptcy Judge, in Courtroom "8-A", at the Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida 33602.

**DONE and ORDERED** in Tampa, Florida on __March 13, 2013__.

                                                                                                    _/s/ Michael G. Williamson_
                                                                                                    **Michael G. Williamson**
                                                                                                    United States Bankruptcy Judge

Copies furnished to:

        Philip A Bates, *Attorney for First National Bank of Northwest FL*,
                philipbates@bellsouth.net, keri.jones@bellsouth.net;
                walton_bates@bellsouth.net **(POC14)**
        James M Donohue, *Attorney for Choice Hotels Service Corp., Inc. ("Choice Hotels") and
                Chris Martinez ("Mr. Martinez")*, jdonohue@ausley.com, sshaffer@ausley.com

Buddy D. Ford, *Attorney for Debtor*, Buddy@tampaesq.com,
    Nancy@tampaesq.com; Jonathan@tampaesq.com; Eric@tampaesq.com;
    Peggy@tampaesq.com;Kevin@tampaesq.com;Staci@tampaesq.com
Michael A. Kaufman, *Attorney for Am Cert, LLC, AND TLGFY, LLC*
    michael@mkaufmanpa.com, kaufmanesq@gmail.com,
    diamondmk@aol.com, gstolzberg@mkaufmanpa.com
United States Trustee - TPA, USTPRegion21.TP.ECF@USDOJ.GOV
Joseph Nathan Vitrano, PO Box 3327, Lake Wales, FL 33859 **(POC#1)**;
Christina Lahr Vitrano, PO Box 3327, Lake Wales, FL 33859 **(POC#2)**;
Internal Revenue Service, Attn: E. Mullins, Special Procedures, 400 W. Bay Street, Suite 35045, Stop 5720, Jacksonville, FL 32202 (Jacksonville District) **(POC#3)**;
Joe G. Tedder, CFC, Polk County Tax Collector, Delinquency and Enforcement, Attn: Mary J. Gooding, Tax Specialist, PO Box 2016, Bartow, FL 33831 **(POC #4 - 8, 13)**;
AM Cert, LLC, Attn: John Lemkey, Manager, 4747 Executive Drive, Ste. 510, San Diego, CA 92121 **(POC#9)**;
TLGFY, Inc., Attn: John Lemkey, Manager, PO Box 54347, New Orleans, LA 70154-4347 **(POC#10)**;
Marie St. Marc, c/o Lisa R. Wilcox, Esquire, 721 1st Avenue North, Ste 100, St. Petersburg, FL 33701 **(POC#11)**;
Yellow Book Sales & Distribution, Attn: Wendy Finnegan, Agent for Creditor, c/o RMS Bankruptcy Recovery Services, PO Box 5126, Timonium, MD 21094 **(POC#12)**;
First National Bank of Northwest FL, c/o Philip A. Bates, Esquire, PO Box 1390, Pensacola, FL 32591 **(POC#14)**;
Internal Revenue Service, Centralized Insolvency Operations, PO Box 44016, Philadelphia, PA 19114-0326;
Internal Revenue Service, Post Office Box 7346, Philadelphia, PA 19101-7346;
Internal Revenue Service, Attn: SPF-Bankruptcy, PO Box 17167, Stop 5760, Ft. Lauderdale, FL 33318 (Ft. Lauderdale District);
Branch of Reorganization, Atlanta Regional Office, United States Securities & Exchange Commission, 950 East Paces Ferry Road, N.E., Suite 900, Atlanta, GA 30326-1382;
State of Florida, Department of Revenue, PO Box 6668, Tallahassee, FL 31314-6668
Choice Hotels Service Corp., Inc., Ausley & McMullen, P.A., Attn: Douglas L. Kilby, Post Office Box 391, Tallahassee, FL 32302;
Shiv Hotels, LLC, Attn: Prerak Patel, Manager, 28610 US Hwy 27 North, Dundee, FL 33838; and
Twenty (20) Largest Unsecured Creditors.