```
                           United States Bankruptcy Court
                              Middle District of Florida

In re:                                                          Case No. 12-15890-MGW
SHIV Hotels, LLC                                                Chapter 11
       Debtor                   CERTIFICATE OF NOTICE

District/off: 113A-8      User: dvalencia          Page 1 of 3         Date Rcvd: Apr 01, 2013
                          Form ID: 8hnstay1        Total Noticed: 28
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2013.
```
db             SHIV Hotels, LLC,    28610 US Highway 27 North,    Dundee, FL  33838
cr            +Am Cert, LLC,    c/o Michael A Kaufman, PA,    1655 Palm Beach Lakes Blvd.,,    Suite 1012,
                West Palm Beach, FL 33401-2211
wit           +Choice Hotels Service Corp., Inc.,    Ausley & McMullen, P.A.,    Attn: Douglas L. Kilby,
                Post Office Box 391,    Tallahassee, FL 32302-0391
wit           +Chris Martinez,    Ausley & McMullen,    Attn: Douglas L. Kilby,    Post Office Box 391,
                Tallahassee, FL 32302-0391
22678012      +ABC Amega Inc,    110 Main Street,    Buffalo NY 14202
22800904      +AM Cert, LLC and TLGFY, LLC,    Michael A. Kaufman, PA,    1655 Palm Beach Lakes Blvd., Suite 1012,
                West Palm Beach, FL 33401-2211
22641776       Central Florida,    PO Box 3395,    West Palm Beach, FL 33402-3395
22641777      +Choice Hotels,    10750 Columbia Pike 5th FL,    Silver Spring, MD 20901-4494
22676104     #+Christina Lahr Vitrano,    P.O. Box 3327,    Lake Wales Fl 33859-3327
22641782     ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
              (address filed with court: Directv,    PO Box 78626,    Phoenix, AZ 85062-8626)
22678010      +Digitron Systems Inc,    12524 Lake Ridge Circle,    Clemont Fl 34711-8584
22641784      +First National Bank,    101 East 23rd Street,    Panama City, FL 32405-4501
22641785       Florida Dept of Revenue,    1379 Blountstown Hwy,    Tallahassee, FL 32304-2716
22676101     #+Joseph Nathan Vitrano,    P.O. Box 3327,    Lake Wales Fl 33859-3327
22678009      +Miles Media Group LLC,    6751 Professional Parkway W,    Sarasota Fl 34240-8450
22678008       PBOA Inc/Everest Nat'l,    77 Hartland St Ste 401,    P.O. Box 280431,    East harford CT 06128-0431
22641801       Safemark Systems, LP,    2101 Park SystemsLP,    Ste 125,    Orlando, FL 32835
22678007      +Spies Pool LLC,    C/O LO of Joel Cardis LLC,    2006 Swede Rd Ste 100,    Norristown PA 19401-1787
22641805      +Town of Dundee,    202 Main Street,    PO Box 1000,    Dundee, FL 33838-1000
22678002       Travel Media Guide,    C/O Vengroff Williams and Assoc,    P.O. Box 4155,    Sarasota Fl 34230-4155
22678006       Verizon,    P.O. Box 920041,    Dallas TX 75392-0041
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
op            +E-mail/Text: sgraza@gmail.com Apr 02 2013 00:37:58     Blue Water Hospitality,
                4970 Kyngs Heath Road,    Kissimmee, FL 34746-5513
cr            +E-mail/Text: bankruptcynoticing@polktaxes.com Apr 02 2013 00:34:33     Joe G Tedder,
                Polk County Tax Collector,    Delinquency and Enforcement,    Post Office Box 2016,
                Bartow, FL 33831-2016
22666395       E-mail/Text: philipbates@bellsouth.net Apr 02 2013 00:37:20
                First National Bank of Northwest Florida,    c/o Philip A. Bates,    Philip A. Bates, P.A.,
                PO Box 1390,    Pensacola FL 32591-1390
22641791       E-mail/Text: cio.bncmail@irs.gov Apr 02 2013 00:29:23     Internal Revenue Service,
                Centralized Insolvency Oper,    PO Box 7346,    Philadelphia, PA 19101-7346
22641793      +E-mail/Text: bankruptcynoticing@polktaxes.com Apr 02 2013 00:34:33     Joe G. Tedder, CFC,
                Polk County Tax Collector,    PO Box 2016,    Bartow, FL 33831-2016
22641799      +E-mail/Text: bankruptcynoticing@polktaxes.com Apr 02 2013 00:34:33     Polk County Tax collector,
                PO Box 2016,    430 E Main Street,    Bartow, FL 33830-4717
22641802      +E-mail/Text: pdeling@sba.gov Apr 02 2013 00:35:18     SBA,    Little Rock Servicing Center,
                2120 Riverfront Dr. Ste 100,    Little Rock, AR 72202-1794
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             First National Bank of Northwest Florida
cr             TLGFY, LLC
                                                                                   TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 113A-8          User: dvalencia              Page 2 of 3                   Date Rcvd: Apr 01, 2013
                              Form ID: 8hnstay1            Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 03, 2013**          **Signature:** _/s/ Joseph Speetjens_

```
District/off: 113A-8          User: dvalencia              Page 3 of 3                  Date Rcvd: Apr 01, 2013
                              Form ID: 8hnstay1            Total Noticed: 28


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 1, 2013 at the address(es) listed below:
              Buddy D. Ford    on behalf of Debtor  SHIV Hotels, LLC Buddy@tampaesq.com,
               Nancy@tampaesq.com;Jonathan@tampaesq.com;Eric@tampaesq.com;Peggy@tampaesq.com;Kevin@tampaesq.com;
               Staci@tampaesq.com
              Katie Brinson Hinton    on behalf of Other Prof.  Blue Water Hospitality katie@mcintyrefirm.com,
               zuly@mcintyrefirm.com;kellygreen@mcintyrefirm.com;sandy@mcintyrefirm.com
              Michael A. Kaufman    on behalf of Creditor  Am Cert, LLC michael@mkaufmanpa.com,
               kaufmanesq@gmail.com,diamondmk@aol.com,gstolzberg@mkaufmanpa.com,samkraut@mkaufmanpa.com
              Nicole  Peair    on behalf of U.S. Trustee  United States Trustee - TPA Nicole.W.Peair@USdoj.gov
              Philip A Bates    on behalf of Creditor  First National Bank of Northwest Florida
               pbates@philipbates.net,   swalton@philipbates.net;wwest@philipbates.net
              United States Trustee - TPA    USTPRegion21.TP.ECF@USDOJ.GOV
                                                                                             TOTAL: 6
```

**[8hnstay]** [ ORDER SCHEDULING PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:	Case No. 8:12−bk−15890−MGW
	Chapter 11

SHIV Hotels, LLC
aka   Days Inn Shiv Hotel, LLC
dba   Traveler's Inn
fdba Quality Inn Cypress Gardens
28610 US Highway 27 North
Dundee, FL 33838


_____Debtor\*_____/


ORDER SCHEDULING PRELIMINARY
HEARING ON MOTION FOR RELIEF FROM STAY


   THIS CASE came on for consideration of the motion for relief from stay ("Motion") (Doc. No. 101 ) filed by First National Bankof Northwest Florida ("Movant") on March 19, 2013 . The filing of this Motion creates a contested matter under Fed. R. Bankr. P. 9014. The Court, therefore, orders as follows:

1. The Court hereby schedules a preliminary hearing on the Motion for May 22, 2013 at 10:00 AM in Tampa, FL − Courtroom 8A, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue before the Honorable Michael G. Williamson , United States Bankruptcy Judge.

2. The automatic stay of Bankruptcy Code Section 362(a) is continued in effect until further order of this Court.

3. Conduct of Hearing. The court will not permit the introduction of testimony or documentary evidence at the preliminary hearing. However, the Court will consider as part of the record affidavits that are offered without objection, uncontradicted proffers of evidence made by counsel, and judicial and evidentiary admissions made by the parties in open court or in the papers and schedules filed with the Court. NOTICE IS HEREBY GIVEN to the parties that at the preliminary hearing, the Court on its own motion may grant summary judgment in favor of the movant or respondent as to all or part of the relief requested, if there is no genuine issue as to any material fact and some or all of the relief requested should be granted or denied as a matter of law.

    Appropriate Attire. You are reminded that Local Rule 5072–1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

    Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073–1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

                                    BY THE COURT

Dated: April 1, 2013

_____
Michael G. Williamson
United States Bankruptcy Judge