**IN THE U.S. BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

IN RE:

SHIV Hotels, LLC,                       Case No. 12-15890-MGW
                                                      Chapter 11

       Debtor.

_____

**ORDER GRANTING AGREED MOTION
TO CONTINUE THE HEARINGS SET FOR MAY 22, 2013**

**THIS CAUSE** came before the Court upon Creditor's Agreed Motion to Continue the Hearings Set for May 22, 2013, filed on May 17, 2013, and the Court noting the consent of counsel, and having considered the Motion, and good cause appearing therefore, it is

**ORDERED that:**

1.     The Motion is Granted.

2.     The Hearings set for May 22, 2013 at 10:00 a.m. on Creditor's Renewed Motion for Relief From Stay (Doc. 101), and Debtor's Plan of Reorganization (Doc. 79), and Debtors' Disclosure Statement (Doc. 78), including any objections thereto, are hereby continued to __July 10, 2013__, 2013, at __10:00 am__ before the Honorable Michael G. Williamson, United States

Bankruptcy Judge, in Courtroom 8A, at the Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida 33602.

**DONE AND ORDERED** in Tampa, Florida on May 20, 2013

_____
MICHAEL G. WILLIAMSON
United States Bankruptcy Judge

Philip A. Bates, pbates@philipbates.net
Sarah S. Walton, swalton@philipbates.net
Attorneys for First National Bank Northwest Florida

Buddy D. Ford, buddy@tampaesq.com
Jonathan Semach, jonathan@tampaesq.com
Attorneys for SHIV Hotels, LLC

SHIV Hotels, LLC, 28610 US Highway 27 North, Dundee, FL 33838

U.S. Trustee - TPA, USTPRegion21.TP.ECF@USDOJ.GOV

Katie Brinson Hinton, katie@mcintryefirm.com
Rich McIntyre, rich@mcintyrefirm.com
Attorneys for Blue Water Hospitality and Syed Raza

All Parties in Interest

2