UNITED STATES BANKRUPTCY COURT
_____Middle_____ DISTRICT OF _____Florida_____
___Tampa___ DIVISION

| | | |
|---|---|---|
| IN RE:  Shiv Hotels, LLC | } | CASE NUMBER |
| | } | ___8:12-bk-15890-MGW_____ |
| _____ | } | |
| | } | JUDGE__Michael G. Williamson____ |
| | } | |
| DEBTOR. | } | CHAPTER 11 |

DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD
FROM ___2/1/13___ TO ___2/28/13_____

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the
Guidelines established by the United States Trustee and FRBP 2015.


_____/s /__Buddy D. Ford_____
Attorney for Debtor's Signature

Debtor's Address                                  Attorney's Address
and Phone Number:                              and Phone Number:

Shiv Hotels, LLC_____             115 N. MacDill Ave._____

28610 US Hwy 27 N._____      Tampa, FL 33609_____

Dundee, FL 33838_____         Bar# 0654711_____

( 813 ) 787 - 9674_____          (813) 877 - 4669_____

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously
provided to the United States Trustee Office.  Monthly Operating Reports must be filed by the 20th day of
the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United
States Trustee Program Website, http://www.usdoj.gov/ust/r21/index.htm.
1)      Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2)      Initial Filing Requirements
3)      Frequently Asked Questions (FAQs)http://www.usdoj.gov/ust/.

MOR-1

SCHEDULE OF RECEIPTS AND DISBURSEMENTS
FOR THE PERIOD BEGINNING _Feb 1st_ AND ENDING _Feb 28, 2013_

Name of Debtor: Shiv hotels llc          Case Number 8:12-bk-15890-MGW
Date of Petition: 10-19-2012

| | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | 233.01 (a) | (b) |
| 2. RECEIPTS: | | |
| A. Cash Sales | 0 | |
| Minus: Cash Refunds | (-) 0 | |
| Net Cash Sales | 0 | |
| B. Accounts Receivable | | |
| C. Other Receipts *(See MOR-3)* | 3900.00 | |
| (If you receive rental income, you must attach a rent roll.) | | |
| 3. TOTAL RECEIPTS *(Lines 2A+2B+2C)* | | |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS *(Line 1 + Line 3)* | 4133.01 | |
| 5. DISBURSEMENTS | | |
| A. Advertising | | |
| B. Bank Charges | 14.00 | |
| C. Contract Labor | | |
| D. Fixed Asset Payments (not incl. in "N") | | |
| E. Insurance | | |
| F. Inventory Payments *(See Attach. 2)* | | |
| G. Leases | | |
| H. Manufacturing Supplies | | |
| I. Office Supplies | 26.68 | |
| J. Payroll - Net *(See Attachment 4B)* | 1770.00 | |
| K. Professional Fees (Accounting & Legal) | | |
| L. Rent *Cleaning Supplies* | 168.88 | |
| M. Repairs & Maintenance | 1056.84 | |
| N. Secured Creditor Payments *(See Attach. 2)* | | |
| O. Taxes Paid - Payroll *(See Attachment 4C)* | | |
| P. Taxes Paid - Sales & Use *(See Attachment 4C)* | | |
| Q. Taxes Paid - Other *(See Attachment 4C)* | 340.00 | |
| R. Telephone | | |
| S. Travel & Entertainment | | |
| Y. U.S. Trustee Quarterly Fees | | |
| U. Utilities *CABLE* | 200.00 | |
| V. ~~Vehicle~~ Expenses *Pool Chemical* | 560.0 | |
| W. Other Operating Expenses *(See MOR-3)* | | |
| 6. TOTAL DISBURSEMENTS *(Sum of 5A thru W)* | 4238.37 | |
| 7. ENDING BALANCE *(Line 4 Minus Line 6)* | -135.36 (c) | (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This _30_ day of _March_, 20_13_          _____ (Signature)

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b)This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.

(c)These two amounts will always be the same if form is completed correctly.

MOR-2

## MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)

### Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**
Describe Each Item of Other Receipt and List Amount of Receipt. Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| NONE | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | | |

"**Other Receipts**" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.). Please describe below:

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| 3900.00 | BLUE WATER | To PAY BILLS | CLAIM |
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement. Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER DISBURSEMENTS | | |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

**ATTACHMENT 1**

**MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**

Name of Debtor: Shiv hotels llC    Case Number: 8'12 bk - 15890 - MGW

Reporting Period beginning ____ Feb 1 ____    Period ending ___ Feb 28, 2013

ACCOUNTS RECEIVABLE AT PETITION DATE: _____

**ACCOUNTS RECEIVABLE RECONCILIATION**

(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $ ___0___ | (a) |
| PLUS: Current Month New Billings | | |
| MINUS: Collection During the Month | $ ___0___ | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $ _____ | * |
| End of Month Balance | $ ___0___ | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

_____
_____

**POST PETITION ACCOUNTS RECEIVABLE AGING**

(Show the total for each aging category for all accounts receivable)

N/A

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90Days | Total | |
|---|---|---|---|---|---|
| $ _____ | $ _____ | $ _____ | $ _____ | $ _____ | (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | |

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b)This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).
(c)These two amounts must equal.

**ATTACHMENT 2**
**MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT**

Name of Debtor: _SHIV HOTEL LLC_    Case Number: _8:12-bk-15890 MGW_

Reporting Period beginning _FEB 1_    Period ending _FEB 26, 2013_

In the space below list all invoices or bills incurred and not paid since the filing of the petition. Do not include amounts owed prior to filing the petition. In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

**POST-PETITION ACCOUNTS PAYABLE**

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL AMOUNT _____(b)

☐ **Check here if pre-petition debts have been paid. Attach an explanation and copies of supporting documentation.**

**ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)**

| | |
|---|---|
| Opening Balance | $ _____(a) |
| PLUS: New Indebtedness Incurred This Month | $ _____ |
| MINUS: Amount Paid on Post Petition, | |
| Accounts Payable This Month | $ _____ |
| PLUS/MINUS: Adjustments | $ _____* |
| Ending Month Balance | $ _____(c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

**SECURED PAYMENTS REPORT**

List the status of Payments to Secured Creditors and Lessors (Post Petition Only). If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| NONE | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL _____(d)

(a)This number is carried forward from last month's report. For the first report only, this number will be zero.
(b, c)The total of line (b) must equal line (c).
(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

### ATTACHMENT 3.
### INVENTORY AND FIXED ASSETS REPORT

Name of Debtor: _SHIV HOTELS LLC_        Case Number: _8:12 - bk - 15890 - MGW_

Reporting Period beginning _FEB 1_        Period ending _FEB 28, 2013_

### INVENTORY REPORT

INVENTORY BALANCE AT PETITION DATE:        $ _300.00_

INVENTORY RECONCILIATION:
   Inventory Balance at Beginning of Month        $ _____ (a)
     PLUS: Inventory Purchased During Month        $ _____
     MINUS: Inventory Used or Sold        $ _____
     PLUS/MINUS: Adjustments or Write-downs        $ _____ *
   Inventory on Hand at End of Month        $ _300.00_

METHOD OF COSTING INVENTORY: _____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

### INVENTORY AGING

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| _____% | _____% | _____% | _____% = | _____100%* |

* Aging Percentages must equal 100%.

☐  Check here if inventory contains perishable items.

**Description of Obsolete Inventory:** _____

### FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE: _30,000.00_ (b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only): _Hotel Furnishings & Equipment_
_____

FIXED ASSETS RECONCILIATION:
Fixed Asset Book Value at Beginning of Month        $ _____ (a)(b)
   MINUS: Depreciation Expense        $ _____
   PLUS: New Purchases        $ _____
   PLUS/MINUS: Adjustments or Write-downs        $ _____ *
Ending Monthly Balance        $ _____

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING
PERIOD: _____
_____

(a)This number is carried forward from last month's report. For the first report only, this number will be the
  balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
  Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

**ATTACHMENT 4A**

**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

Name of Debtor: _SHIV HOTELS LLC_   Case Number: _8:12-bk-15890-MGW_

Reporting Period beginning _FEB 1^{st}_   Period ending _FEB 28th 2.13_

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: _WELLS FARGO_   BRANCH: _Tampa_

ACCOUNT NAME: _OPERATING Acct_   ACCOUNT NUMBER: _8558870211_

PURPOSE OF ACCOUNT: _____OPERATING_____

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | _-105.36_ |
| Plus Total Amount of Outstanding Deposits | $ | _300.00_ |
| Minus Total Amount of Outstanding Checks and other debits | $ | _0_ * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $ | _196.64_ **(a) |

*Debit cards are used by_____

**If Closing Balance is negative, provide explanation:_____
_____

The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D: ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**
"Total Amount of Outstanding Checks and other debits", listed above, includes:

$_____ Transferred to Payroll Account
$_____ Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5A**

**CHECK REGISTER - OPERATING ACCOUNT**

Name of Debtor: _Shiv Hotels LLC_    Case Number: _8:12-bk-15890-MGW_

Reporting Period beginning _Feb 1st_    Period ending _Feb 28, 2013_

NAME OF BANK: _Wells Fargo_    BRANCH: _Tampa_

ACCOUNT NAME: _Operating_

ACCOUNT NUMBER: _8588 70211_

PURPOSE OF ACCOUNT: _OPERATING_

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|      |              | _See Attached_ |    |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |

TOTAL                                                          $ _____

05/14/2013 13:56 FAX ☒003

# Gold Business Services Package

Account number: **8558870211** ■ February 1, 2013 - February 28, 2013 ■ Page 1 of 4



DODL11DTQG  032229

SHIV HOTELS LLC
DBA TRAVELERS INN
DEBTOR IN POSSESSION
CH 11 CASE 12-15890MFL
28610 HWY 27
DUNDEE FL 33838-4283
*OPERATING*

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

TTY: 1-800-877-4833
En español: 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Start the year with a new outlook on your business finances. It's a great time to talk with a banker about financial options tailored to your current priorities. To find out how we can help, stop by any Wells Fargo location or call us at the number at the top of your statement.

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| Business Online Banking | ☑ |
| Online Statements | ☐ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 2/1 | $233.01 |
| Deposits/Credits | 3,900.00 |
| Withdrawals/Debits | - 4,238.37 |
| **Ending balance on 2/28** | **-$105.36** |
| Average ledger balance this period | $507.27 |

*Account number:* **8558870211**

SHIV HOTELS LLC
DBA TRAVELERS INN
DEBTOR IN POSSESSION
CH 11 CASE 12-15890MFL
*Florida account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 063107513

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.



DODL11DTQG  032229 NNNNNNNNN NNN NNN 001 002 287 148731  10564354.1.1

05/14/2013 14:00 FAX ☑003

Account number: **8558870211** ■ February 1, 2013 - February 28, 2013 ■ Page 2 of 4



**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|---------------------|
| 2/5 | | ATM Check Deposit - 02/04 Mach ID 0756Z 1500 South Dale Mabry Tampa FL 9851 0007052 | 400.00 | | 633.01 |
| 2/11 | | Check | | 560.00 | 73.01 |
| 2/12 | | Deposit Made In A Branch/Store | 1,500.00 | | |
| 2/12 | | Check | | 899.97 | 673.04 |
| 2/14 | | Check Crd Purchase 02/14 Twc*Brighthousenet 941-748-1822 FL 474165xxxxxx9851 083044494100746 ?McC=4899 | | 300.00 | 373.04 |
| 2/22 | | ATM Check Deposit - 02/21 Mach ID 0645R 1001 Havendale Blvd Winter Haven FL 9851 0006723 | 1,750.00 | | |
| 2/22 | | Online Transfer to Shiv Hotels LLC Business Checking xxxxxx0229 Ref #Ibetnxy942 on 02/22/13 | | 470.00 | 1,653.04 |
| 2/25 | | Online Transfer From Shiv Hotels LLC Business Checking xxxxxx0229 Ref #Ibe89Nk7Vx on 02/25/13 | 250.00 | | |
| 2/25 | | Check Crd Purchase 02/22 Wal-Mart Check Prl 866-925-2432 TX 474165xxxxxx9051 16305256918B104 ?McC=5069 | | 26.65 | |
| 2/25 | | Online Transfer to Shiv Hotels LLC Business Checking xxxxxx0237 Ref #Ibemvv6H7Y on 02/23/13 | | 340.00 | |
| 2/25 | | Online Transfer to Shiv Hotels LLC Business Checking xxxxxx0229 Ref #Ibec6Ps6Yw on 02/23/13 | | 1,300.00 | |
| 2/25 | | POS Purchase - 02/25 Mach ID 000000 Samsclub 6642 Tampa FL 9851 00000000154776222 ?McC=5300 | | 168.88 | 67.51 |
| 2/28 | 1400 | Cashed Check | | 158.87 | |
| 2/28 | | Monthly Service Fee | | 14.00 | -105.36 |
| **Ending balance on 2/28** | | | | | -105.36 |
| **Totals** | | | **$3,900.00** | **$4,238.37** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Summary of checks written** *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| | 2/11 | 560.00 | | 2/12 | 899.97 | 1400 | 2/28 | 158.87 |

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|----------------------------|-----------|----------------|--------------|-------------------------------------|--------------------------|
| Paid and Deposited Items | 4 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |



# ✓ IMPORTANT ACCOUNT INFORMATION



05/14/2013 14:00 FAX ☑004

Account number: **8558870211** ■ February 1, 2013 - February 28, 2013 ■ Page 4 of 4


**WELLS
FARGO**

---

## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
A. The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
B. Any deposits listed in your          $ _____
register or transfers into               $ _____
your account which are not            $ _____
shown on your statement.             + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**
C. The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | **Total amount** $ |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801



⌀004

Account number: **8558870211** ■ February 1, 2013 - February 28, 2013 ■ Page 4 of 4



**WELLS FARGO**

---

## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

A. The ending balance
   shown on your statement ....................... $ _____

**ADD**

B. Any deposits listed in your          $ _____
   register or transfers into            $ _____
   your account which are not            $ _____
   shown on your statement.            + $ _____

............................................ TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

............................................ TOTAL $ _____

**SUBTRACT**

C. The total outstanding checks and
   withdrawals from the chart above ............ – $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register ........................... [ $ _____ ]

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
| | Total amount | $ _____ |

148734



©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

**ATTACHMENT 4B**

<u>MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT</u>

Name of Debtor: _SMM HOTELS, LLC_    Case Number: _2012-bk-15890-MGW_

Reporting Period beginning _FEB 1st_    Period ending _FEB 28th, 2013_

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.

NAME OF BANK: _WELLS FARGO_    BRANCH: _Tampa_

ACCOUNT NAME: _Payroll Acct._    ACCOUNT NUMBER: _____
PURPOSE OF ACCOUNT: _PAYROLL_

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | _208.25_ |
| Plus Total Amount of Outstanding Deposits | $ | _-0-_ |
| Minus Total Amount of Outstanding Checks and other debits | $ | _0_ * |
| Minus Service Charges | $ | _10.00_ |
| Ending Balance per Check Register | $ | _208.25_ **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____

The following disbursements were paid by Cash:  (☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

MOR-9

**ATTACHMENT 5B**
**CHECK REGISTER - PAYROLL ACCOUNT**

Name of Debtor: _Shiv Hotels, LLC_   Case Number: _8:12-bk-15890-MGW_

Reporting Period beginning _Feb 1st_   Period ending _Feb 28, 2013_

NAME OF BANK: _Wells Fargo_   BRANCH: _Tampa_

ACCOUNT NAME: _Payroll Acct_

ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: _____PAYROLL_____

Account for all disbursements, including voids, lost payments, stop payment, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|  |  | JAY NELSON | Payroll | 50.00 |
|  |  | JAY NELSON | " | 341.75 |
|  |  | JAY NELSON | " | 200.00 |
|  |  | JAY NELSON | " | 700.00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

TOTAL   $ 1551.25

MOR-10

05/14/2013 13:56 FAX
☑001

# Wells Fargo Simple Business Checking

Account number: 8558870229 ■ January 30, 2013 - February 28, 2013 ■ Page 1 of 4





DCDL11DTQG  032230
հիկիկիկիցիկկիկկիկիոկիկիկիկիկիկիկիկիկիկիկ
SHIV HOTELS LLC
DBA TRAVELERS INN
DEBTOR IN POSSESSION
CH 11 CASE 12-15890MFL
28610 HWY 27
DUNDEE FL 33838-4283

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)
*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Start the year with a new outlook on your business finances. It's a great time to talk with a banker about financial options tailored to your current priorities. To find out how we can help, stop by any Wells Fargo location or call us at the number at the top of your statement.

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☐ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |



## Activity summary

| | |
|---|---|
| Beginning balance on 1/30 | -$10.00 |
| Deposits/Credits | 1,770.00 |
| Withdrawals/Debits | - 1,551.75 |
| **Ending balance on 2/28** | **$208.25** |
| Average ledger balance this period | $28.25 |

Account number: **8558870229**

**SHIV HOTELS LLC**
**DBA TRAVELERS INN**
**DEBTOR IN POSSESSION**
**CH 11 CASE 12-15890MFL**

*Florida account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 063107513

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

05/14/2013 13:59 FAX                                                    ☑001

Account number: **8558870229** ■ January 30, 2013 - February 28, 2013 ■ Page 2 of 4



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 2/22 | | Online Transfer From Shiv Hotels LLC Business Checking xxxxxx0211 Ref #Ibetnxy942 on 02/22/13 | 470.00 | | |
| 2/22 | | Cashed Check | | 50.00 | |
| 2/22 | | Check | | 341.75 | 68.25 |
| 2/25 | | Online Transfer From Shiv Hotels LLC Business Checking xxxxxx0211 Ref #Ibec6Ps6Yw on 02/23/13 | 1,300.00 | | |
| 2/25 | | Online Transfer to Shiv Hotels LLC Business Checking xxxxxx0211 Ref #Ibe89Nk7Vx on 02/25/13 | | 250.00 | |
| 2/25 | | Cashed Check | | 200.00 | |
| 2/25 | | Cashed Check | | 700.00 | 218.25 |
| 2/28 | | Monthly Service Fee | | 10.00 | 208.25 |
| **Ending balance on 2/28** | | | | | 208.25 |
| **Totals** | | | $1,770.00 | $1,551.75 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Summary of checks written** *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| | 2/22 | 50.00 | | 2/25 | 200.00 | | 2/25 | 700.00 |
| | 2/22 | 341.75 | | | | | | |

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|----------------------------|------------|----------------|--------------|-------------------------------------|--------------------------|
| Paid and Deposited Items | 4 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

148756

# ☑ IMPORTANT ACCOUNT INFORMATION

We want to let you know of important upcoming changes to your Wells Fargo Simple Business Checking account. These changes will be effective starting March 2, 2013.

Your account includes, at no charge, up to 50 transactions per month. The fee for transactions over 50 per month is $0.50 each. The definition of "transactions" will change to include each deposit transaction in addition to any combination of paid items and deposited items, including paper and electronic. "Transactions" do not include purchases and payments made using a Wells Fargo Business Debit Card or Wells Fargo ATM Card.

Your account also includes, at no charge, up to $3,000 of cash deposited per month. "Cash deposited" will change to include cash deposits made in ATMs and branch locations. The fee for cash deposited over $3,000 per month is $0.30 per $100 deposited.

Account number: **8558870229** ■ January 30, 2013 - February 28, 2013 ■ Page 3 of 4



If you exceed the number of monthly transactions or amount of cash deposited included at no charge, the fees will appear on your account statement on or after April 1, 2013.

Fee changes effective April 1, 2013
- Collection Fee - Domestic Incoming and Outgoing - $25 per item
- Legal Process Fee (includes levy, writ, garnishment and any other legal document that requires funds to be attached) - $125 each
- Credit Inquiry Fee (deposit and/or credit account information provided to third party at your request) - $10 each

If you have questions about these changes, or would like a complimentary financial review to ensure that you have the right accounts to meet your financial goals, please contact your local banker or call the phone number listed at the top of your statement.

Effective June 18, 2013, American Express® Travelers Cheques, Cheques for Two, and Gift Cheques will no longer be available through Wells Fargo.

Account number: **8558870229** ■ January 30, 2013 - February 28, 2013 ■ Page 3 of 4



If you exceed the number of monthly transactions or amount of cash deposited included at no charge, the fees will appear on your account statement on or after April 1, 2013.

Fee changes effective April 1, 2013
- Collection Fee - Domestic Incoming and Outgoing - $25 per item
- Legal Process Fee (includes levy, writ, garnishment and any other legal document that requires funds to be attached) - $125 each
- Credit Inquiry Fee (deposit and/or credit account information provided to third party at your request) - $10 each

If you have questions about these changes, or would like a complimentary financial review to ensure that you have the right accounts to meet your financial goals, please contact your local banker or call the phone number listed at the top of your statement.

Effective June 18, 2013, American Express® Travelers Cheques, Cheques for Two, and Gift Cheques will no longer be available through Wells Fargo.

**ATTACHMENT 4C**

**MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT**

Name of Debtor: _SMIV HOTELS, LLC_    Case Number: _8:12-bk-15890-04GW_

Reporting Period beginning _Feb 1, 2013_    Period ending _Feb 28, 2013_

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found on the United States Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK: _WELL FARGO._    BRANCH: _Tampa_

ACCOUNT NAME: _Tax Acc_    ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: _____TAX_____

    Ending Balance per Bank Statement               $ _____
    Plus Total Amount of Outstanding Deposits      $ _____
    Minus Total Amount of Oustanding Checks and other debits $ _____*
    Minus Service Charges                         $ _____
    Ending Balance per Check Register         $ _____**(a)

*Debit cards must not be issued on this account.

**If Closing Balance is negative, provide explanation:_____

_____

The following disbursements were paid by Cash: ( ☐ Check here if cash disbursements were authorized by
                                          United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|------|--------|-------|---------|-------------------------------------------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
"Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5C**

**CHECK REGISTER - TAX ACCOUNT**

Name of Debtor: _____    Case Number: _____

Reporting Period beginning _____    Period ending _____

NAME OF BANK: _____    BRANCH: _____

ACCOUNT NAME: _____    ACCOUNT # _____

PURPOSE OF ACCOUNT: _____TAX_____

Account for all disbursements, including voids, lost checks, stop payments, etc. In the
alternative, a computer-generated check register can be attached to this report, provided all the
information requested below is included.
http://www.usdoj.gov/ust.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL                      _____(d)

SUMMARY OF TAXES PAID

Payroll Taxes Paid                        _____(a)
Sales & Use Taxes Paid                 _____(b)
Other Taxes Paid                       _____(c)
TOTAL                               _____(d)

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements
(Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements
(Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements
(Page MOR-2, Line 5Q).
(d) These two lines must be equal.

## ATTACHMENT 8

### SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc. Attach any relevant documents.

*MAINTENANCE REPAIRS, ROOMS CLEANED*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before _____.

MOR-16